# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR 20-233-PSG |
|---|---|
| Plaintiff, | ORDER SETTING SENTENCING DATE [73] |
| v. | |
| DERRICK CHANG, | |
| Defendant. | |

Having read and considered the Stipulation And Joint Request To Schedule Sentencing Date, and for good cause shown, the Court hereby schedules the sentencing date for October 3, 2024 at 1:00 p.m.

IT IS SO ORDERED.

September 6, 2024
DATE

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

*ORDER CONTINUING SENTENCING DATE*